UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARIANN PATEL,<br>Plaintiff,<br><br>vs.<br><br>COLLECTO, INC. dba EOS CCA,<br><br>Defendant. | )<br>)<br>)<br>)<br>) CAUSE NO. 2 11-CV-288<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I, the below signed, state that pursuant to N.D. Ind. L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for COLLECTO, INC. dba EOS CCA.

        Respectfully submitted,

        HINSHAW & CULBERTSON LLP

| | |
|---|---|
| James C. Vlahakis<br>ARDC # 6230459<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, IL 60601<br>tel 312-704-3000<br>fax 312-704-3001<br>jvlahakis@hinshawlaw.com | s/ *James C. Vlahakis*<br>James C. Vlahakis |

130167600v1 0926537

## CERTIFICATE OF SERVICE

I hereby certify that on **September 13, 2011** electronically filed entry of **APPEARANCE** form with the Clerk of the Court using the CM/ECF system reflecting service of to be served on:

ALL PARTIES OF RECORD

HINSHAW & CULBERTSON LLP

James C. Vlahakis  
ARDC # 6230459  
HINSHAW & CULBERTSON LLP  
222 North LaSalle Street, Suite 300  
Chicago, IL 60601  
tel 312-704-3000  
fax 312-704-3001  
jvlahakis@hinshawlaw.com

s/ *James C. Vlahakis*  
James C. Vlahakis

130167600v1 0926537